# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**LADONTE WHITE**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　**No. 2:24-cv-107-DPM**

**DOE**　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

　　The purpose of White's motion, *Doc. 6*, is a bit unclear. But the Court construes it as a motion for appointed counsel. That motion is denied without prejudice. This case is young and not yet screened. *Plummer v. Grimes*, 87 F.3d 1032, 1033 (8th Cir. 1996). The Court reminds White that his amended complaint with more details is due by July 15th. And the Court directs the Clerk to send him another copy of *Doc. 4*.

　　So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 June 2024