IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**LADONTE WHITE**                                                              **PLAINTIFF**

v.                                    No. 2:24-cv-107-DPM

**DOE, Case Worker**                                                       **DEFENDANT**

## ORDER

    White has amended his complaint. *Doc. 8*. The Court will screen it together with his simultaneously filed addendum and notice, *Doc. 9 & 10*. 28 U.S.C. § 1915(e). He is awaiting trial for commercial burglary, criminal mischief, and theft of property in Arkansas County, Arkansas. *State v. White*, 01SCR-23-105. In January 2024, the circuit court judge found him unfit to proceed with his criminal trial and committed him to the custody of the Department of Human Services for treatment until fit to proceed. White says he is being unlawfully held without a finding of guilt and that he is innocent of the underlying charges. He asks to be released and that the state criminal charges be dropped. *Doc. 8, 9 & 10*.

    The Court must abstain from proceeding with White's federal case because the criminal case is ongoing, Arkansas has an important interest in enforcing its criminal laws, and White may raise his constitutional claims during his state criminal proceedings. *Younger v. Harris*, 401 U.S. 37, 43-45 (1971); *Mounkes v. Conklin*, 922 F. Supp. 1501,

1510-13 (D. Kansas 1996). Further, White hasn't alleged bad faith, harassment, or any other extraordinary circumstances that would make abstention inappropriate. *Tony Alamo Christian Ministries v. Selig*, 664 F.3d 1245, 1254 (8th Cir. 2012). His claims are therefore stayed until there's a final disposition of his pending state charges. *Yamaha Motor Corporation, U.S.A. v. Stroud*, 179 F.3d 598, 603-04 (8th Cir. 1999).

\* \* \*

The Court directs the Clerk to stay and administratively terminate this case. White can move to reopen this case after final disposition of his state case, including any appeal. Any motion to reopen must be filed within sixty days of that final disposition. If White doesn't file a timely motion to reopen or a status report by 25 July 2025, then the Court will reopen the case and dismiss it without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2024